Argued March 19, affirmed April 9, 1970

STATE OF OREGON, *Respondent, v.*
JILL ANNETTE FRALEY,
*Appellant.*

467 P2d 683

*Brian P. Jackson,* Albany, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The defendant, who has a previous criminal record, pleaded guilty to the crime of obtaining money by false pretenses and was sentenced to imprisonment for not to exceed three years. She appeals on the ground that the sentence was excessive. The statutory maximum is five years.

While her argument that because of changed personal circumstances imprisonment would serve no useful purpose may be worthy of consideration, it is more properly addressed toward the goal of parole, work release or commutation than the goal of reversal on appeal. See *State v. Chilton*, 1 Or App 593, 465 P2d 495 (1970).

Affirmed.